UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| FILED | |
| March 9, 2012 | |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| DEPUTY CLERK | |

UNITED STATES OF AMERICA, )
) Case No. 2:12-mj-00063-CKD
      Plaintiff, )
v. )
) ORDER FOR RELEASE OF
CLARO GARCIA SOMERA, ) PERSON IN CUSTODY
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CLARO GARCIA SOMERA, Case No. 2:12-mj-00063-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $200,000.00.

        _X_    Co-Signed Unsecured Appearance Bond ($100,000.00)

        _X_    Secured Appearance Bond ($100,000.00)

        _X_    (Other) Conditions as stated on the record.

        _X_    (Other) The bond paperwork is to be filed by 03/12/12.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _3/9/2012_ at _3:05 pm_.

By _____
Edmund F. Brennan
United States Magistrate Judge